# In the United States Court of Federal Claims

No. 05-1396C
Filed: March 7, 2006

KENNEBUNK REAL ESTATE ASSOCS.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

GRANTING MOTION TO STAY

The parties' February 23, 2006, joint motion to stay further proceedings in this action is GRANTED. On or before the date 14 days after the conclusion of the Alternative Dispute Resolution proceedings in this case, the parties shall file a status report advising the court as to their intentions with respect to further proceedings.

s/John P. Wiese
John P. Wiese
Judge